AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christopher Manhart

V.

AJP EDUCATION FOUNDATION, INC. d/b/a
AMERICAN MUSLIMS FOR PALESTINE,
WESPAC FOUNDATION, INC., NATIONAL
STUDENTS FOR JUSTICE IN PALESTINE,

CASE NUMBER: 24-CV-8209

ASSIGNED JUDGE: Judge Mary Rowland

DESIGNATED
MAGISTRATE JUDGE: Judge Keri Holleb Hotaling

TO: (Name and address of Defendant)

AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine
6404 Seven Corners Place STE N
Falls Church, Virginia 22044

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neville S. Hedley
Hamilton Lincoln Law Institute
1440 W. Taylor Street, #1487
Chicago, IL 60607
ned.hedley@hlli.org

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

September 11, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/20/2024 |
| NAME OF SERVER (PRINT) Michael Neebe | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine, By delivering to Mr. Osoma - Intake Specialist

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $85 | $85 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/20/24
Date

Signature of Server

Address of Server: 4250 FAIRFAX DR. SUITE 600 ARLINGTON, VA, 22204

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christopher Manhart

V.

AJP EDUCATION FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, WESPAC FOUNDATION, INC., NATIONAL STUDENTS FOR JUSTICE IN PALESTINE,

CASE NUMBER: 24-CV-8209

ASSIGNED JUDGE: Judge Mary Rowland

DESIGNATED MAGISTRATE JUDGE: Judge Keri Holleb Hotaling

TO: (Name and address of Defendant)

Dissenters
637 South Dearborn Avenue, 3d floor
Chicago, Illinois 60605
Registered Agent:
Timothy Rose
6554 N Ashland Avenue, Apt. 3
Chicago, Illinois 60626

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neville S. Hedley
Hamilton Lincoln Law Institute
1440 W. Taylor Street, #1487
Chicago, IL 60607
ned.hedley@hlli.org

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



September 11, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/16/2024 |
| NAME OF SERVER *(PRINT)* Edward Gonzalez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies of documents thereof with Darrial Brown, Intake Specialist, on behalf of Timothy Rose on behlaf of Dissenters.

Sub-service Mailing completed - Sep 16, 2024

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $110 | TOTAL $110 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/16/2024
             *Date*

*Signature of Server*

300 W Central Rd Mount Prospect, IL 60056
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christopher Manhart

V.

AJP EDUCATION FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, WESPAC FOUNDATION, INC., NATIONAL STUDENTS FOR JUSTICE IN PALESTINE,

CASE NUMBER: 24-CV-8209

ASSIGNED JUDGE: Judge Mary Rowland

DESIGNATED MAGISTRATE JUDGE: Judge Keri Holleb Hotaling

TO: (Name and address of Defendant)

Jewish Voice For Peace, Inc.
2418 High Street, Apartment 5,
Oakland, California, 94601-4886
Registered Agent: Registered Agents, Inc.
1401 21st Street Suite R
Sacramento, California 95811

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neville S. Hedley
Hamilton Lincoln Law Institute
1440 W. Taylor Street, #1487
Chicago, IL 60607
ned.hedley@hlli.org

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

September 11, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 09/19/2024 |
| NAME OF SERVER *(PRINT)* Tim Ault | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Substitute Service, Sep 19, 2024, 11:07 am PDT

at Company/CMRA: 2342 Shattuck Avenue #321, Berkeley, CA 94704 received by Jeff DOE (AsAm/M/45/130/5'7)- clerk.

Age: 45; Ethnicity: Asian American; Gender: Male; Weight: 130; Height: 5'7"; Hair: Black; Other: Glasses.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $110.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   09/27/2024     *Signature of Server*
            Date

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd. Suite 300,
Petaluma, CA 94954

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christopher Manhart

V.

AJP EDUCATION FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, WESPAC FOUNDATION, INC., NATIONAL STUDENTS FOR JUSTICE IN PALESTINE,

CASE NUMBER: 24-CV-8209

ASSIGNED JUDGE: Judge Mary Rowland

DESIGNATED MAGISTRATE JUDGE: Judge Keri Holleb Hotaling

TO: (Name and address of Defendant)

WESPAC Foundation, Inc.
77 Tarrytown Road
White Plains, New York 10607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neville S. Hedley
Hamilton Lincoln Law Institute
1440 W. Taylor Street, #1487
Chicago, IL 60607
ned.hedley@hlli.org

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/23/2024 |
| NAME OF SERVER (PRINT) James Exantus | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 77 Tarrytown Road, White Plains NY, 10607

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Nada Khader

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/25/24
Date

Signature of Server

Address of Server: 99 Wall Street, #2594, NY, NY 10005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christopher Manhart

V.

AJP EDUCATION FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, WESPAC FOUNDATION, INC., NATIONAL STUDENTS FOR JUSTICE IN PALESTINE,

CASE NUMBER: 24-CV-8209

ASSIGNED JUDGE: Judge Mary Rowland

DESIGNATED MAGISTRATE JUDGE: Judge Keri Holleb Hotaling

TO: (Name and address of Defendant)

Tides Center, d/b/a Community Justice Exchange
1012 Torney Avenue
San Francisco, California, 94129
Registered Agent: Registered Agent Solutions, Inc.
720 14th Street
Sacramento, CA 95814

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neville S. Hedley
Hamilton Lincoln Law Institute
1440 W. Taylor Street, #1487
Chicago, IL 60607
ned.hedley@hlli.org

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

September 11, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-12-2024 |
| NAME OF SERVER (PRINT)<br>Charles Englert | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kai Roath

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-30-2024
               Date

*Signature of Server*

480 Fillmore St, Unit 2, San Francisco, CA 94117
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.