# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christopher Manhart

V.

AJP EDUCATION FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, WESPAC FOUNDATION, INC., NATIONAL STUDENTS FOR JUSTICE IN PALESTINE,

CASE NUMBER: 24-CV-8209

ASSIGNED JUDGE: Judge Mary Rowland

DESIGNATED MAGISTRATE JUDGE: Judge Keri Holleb Hotaling

TO: (Name and address of Defendant)

Education for a Just Peace in the Middle East, d/b/a US Campaign for Palestinian Rights
1628 16th Street, NW
Washington, DC, 20009-3064
Registered Agent: URS Agents Inc.
1100 H Street, NW Suite 840, Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neville S. Hedley
Hamilton Lincoln Law Institute
1440 W. Taylor Street, #1487
Chicago, IL 60607
ned.hedley@hlli.org

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 09/30/24 |
| NAME OF SERVER *(PRINT)* Gladys Corea | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Education for a Just Peace in the Middle East, d/b/a US Campaign for Palestinian Rights, By delivering to Mr. Brooks Ferrett - Client Services Rep.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09/30/24
Date

*Signature of Server*

4250 Fairfax Dr Suite 600 Arlington, VA 22204
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.