# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Christopher Manhart

                      Plaintiff,

v.                                               Case No.: 1:24−cv−08209

                                                            Honorable Mary M. Rowland

AJP Education Foundation, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Both Defendant Tides Center's unopposed motion for extension of time to file an answer [12] and Defendants AJP Education Foundation, Dissenters, Superior Murphy, and Jinan Chehade's unopposed motion for extension of time to file an answer [14] are granted. All these defendants shall answer or otherwise plead to Plaintiff Christopher Manhart's Complaint by 12/16/24. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.