IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANHART, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>AJP EDUCATION FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, WESPAC FOUNDATION, INC., NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, DISSENTERS, EDUCATION FOR A JUST PEACE IN THE MIDDLE EAST, d/b/a US CAMPAIGN FOR PALESTINIAN RIGHTS, JEWISH VOICE FOR PEACE, TIDES CENTER, d/b/a COMMUNITY JUSTICE EXCHANGE, JINAN CHEHADE, SUPERIOR MURPHY, RIFQA FALANEH, and SIMONE TUCKER,<br><br>*Defendants*. | No. 1:24-cv-8209<br><br>**Hon. Mary L. Rowland** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant WESPAC Foundation, Inc. ("WESPAC"), by and through its attorneys, moves for an extension of time to answer or otherwise respond to Plaintiff's complaint filed on September 9, 2024 (the "Complaint") (Dkt. 1) from October 14, 2024, to December 13, 2024, which is sixty days from the current response deadline. Counsel for Plaintiff has confirmed they do not oppose this extension of time to answer or otherwise respond to the Complaint. In support of the unopposed motion, counsel for WESPAC states as follows:

1. Plaintiff filed the Complaint in this action on September 9, 2024. (Dkt. 1.) On September 23, 2024, Plaintiff effectuated service of the Complaint on WESPAC, which required

WESPAC to file and serve an answer or otherwise respond to the Complaint within 21 days of September 23, 2024 (*i.e.*, October 14, 2024).

2. An extension of time for WESPAC to respond to the Complaint is warranted because of the nature of the claims, the number of defendants, and undersigned counsel's obligations in other pending matters.

3. WESPAC respectfully requests that this Court extend the time for WESPAC to respond to the Complaint to sixty days from October 14, 2024 (*i.e.*, December 13, 2024).

4. Counsel for WESPAC has conferred with counsel for Plaintiff, who has confirmed that Plaintiff does not oppose this motion.

WHEREFORE, for the reasons stated herein, defendant WESPAC respectfully requests this Court enter an Order extending the time for WESPAC to respond to the Complaint from October 14, 2024, to December 13, 2024.

Dated:  October 9, 2024                                    Respectfully submitted,

                                             /s/ Robert L. Herbst_____

                                             Robert L. Herbst
                                             HERBST LAW PLLC
                                             73 Howell Avenue
                                             Larchmont, New York 10538
                                             Tel:  914 450 8163
                                             rherbst@herbstlawny.com

                                             *Counsel for Defendant WESPAC*

## CERTIFICATE OF SERVICE

I, Robert L. Herbst, an attorney, certify that I caused copies of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** to be served on all counsel of record via the Court's electronic filing system.

        /s/ Robert L. Herbst
*Counsel for Defendant WESPAC*