U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Manhart v. AJP Education Foundation, et al.,

Case Number: 24-cv-8209

An appearance is hereby filed by the undersigned as attorney for:
Jewish Voice for Peace

Attorney name (type or print): Brad J. Thomson

Firm: People's Law Office

Street address: 1180 N. Milwaukee Ave.

City/State/Zip: Chicago, IL 60642

Bar ID Number: 6327694
(See item 3 in instructions)

Telephone Number: 773-235-0070

Email Address: brad@peopleslawoffice.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/10/2024

Attorney signature: S/ Brad J. Thomson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023