**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MANHART, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) AJP EDUCATION FOUNDATION, INC. ) d/b/a AMERICAN MUSLIMS FOR ) PALESTINE, et al., ) ) Defendants. ) | Case No. 1:24-cv-8209<br><br>Hon. Mary M. Rowland |

**DEFENDANT JEWISH VOICE FOR PEACE'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Jewish Voice for Peace (JVP), by its undersigned attorneys, files this motion for an extension of time up to and including December 16, 2024 to answer or otherwise respond to Plaintiff's Complaint. In support of this unopposed motion, Defendant JVP states as follows:

1. Plaintiff filed his Complaint on September 9, 2024, asserting twelve counts against seven organizational and four individual Defendants.

2. The docket reflects that Defendant JVP's answer is due today, October 10, 2024. (Dkt. 8).

3. Defendant JVP has retained undersigned counsel and counsel filed their appearances today, shortly before filing the instant motion. (Dkt. 21, 23).

4. Given the breadth of Plaintiff's allegations, the number of defendants, and counsel's obligations in other pending matters, counsel for Defendant JVP requires additional time to prepare its response.

5. This Court has already extended the deadlines for multiple Defendants until

1

December 16, 2024. (Dkt. 18).

      6.      Therefore, Defendant JVP respectfully requests that this Court likewise extend the time for its response to the Complaint through December 16, 2024.

      7.      Counsel for Defendant JVP has consulted with counsel for Plaintiff, and Plaintiff has agreed to the relief sought.

      8.      Defendant's motion for extension of time is made in good faith, for good cause, and is not being made for the purpose of delay or any other improper purpose. Furthermore, the extension of time requested will not prejudice any party and will likely increase the efficiency of the pleadings process.

WHEREFORE, Defendant JVP respectfully requests that the Court extend the time to respond to Plaintiff's Complaint as set forth herein.

Dated: October 10, 2024

Respectfully submitted,

/s/ Nora Snyder  
Nora Snyder  
Brad Thomson  
People's Law Office  
1180 N. Milwaukee Ave.  
Chicago, IL 60642  
773-235-0070  
norasnyder@peopleslawoffice.com  
brad@peopleslawoffice.com

***Attorneys for Defendant JVP***