Christopher Manhart
                                   Plaintiff,

v.                                                                             Case No.: 1:24−cv−08209
                                                                                Honorable Mary M. Rowland

AJP Education Foundation, et al.
                                   Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 17, 2024:

        MINUTE entry before the Honorable Mary M. Rowland: The Court grants Attorney Dan Stormer's motion for leave to appear pro hac vice 27 . Attorney Stormer reminded to become familiar with this Court's local rules. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.