U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Manhart v. AJP Education Foundation, Inc., et al.,

Case Number: 24-cv-8209

An appearance is hereby filed by the undersigned as attorney for:

National Students for Justice in Palestine

Attorney name (type or print): Joshua G. Herman

Firm: Law Office of Joshua G. Herman

Street address: 53 West Jackson Blvd., Suite 404

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6283074
(See item 3 in instructions)

Telephone Number: 312-909-0434

Email Address: jherman@joshhermanlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 22, 2024

Attorney signature: S/ Joshua G. Herman
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023