**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division**

Christopher Manhart
                                          Plaintiff,

v.                                                         Case No.: 1:24−cv−08209
                                                                 Honorable Mary M. Rowland

AJP Education Foundation, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 12, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff Manhart's initial status report [39] . On or before 1/10/25, the parties are to file a joint initial status report. A template for the Initial Status Report, setting forth the information required, may be found at http://www.ilnd.uscourts.gov/Judges.aspx by clicking on Judge Rowland's name and then again on the link entitled 'Initial Status Conference.' The court will enter a scheduling order in response. Plaintiff also states that Defendant Tucker is now represented by counsel and will waive service; Plaintiff's motion to permit alternative service [37] is therefore denied as moot. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.