## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christopher Manhart
                                      Plaintiff,

v.                                                                  Case No.: 1:24–cv–08209
                                                                     Honorable Mary M. Rowland

AJP Education Foundation, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: By 2/5/25 the parties are to confer and submit an agreed briefing schedule regarding the anticipated motions to dismiss in light of the number of defendants and potential issues to be raised. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.