# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANHART, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:24-cv-8209 |
| v. ) ) | Hon. Mary M. Rowland |
| AJP EDUCATION FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, et al., ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT JEWISH VOICE FOR PEACE'S L.R. 3.2 NOTICE OF AFFILIATES

Pursuant to Local Rule 3.2, Defendant Jewish Voice for Peace ("JVP") certifies that after diligent review it has identified no affiliates as defined in that Rule.

Dated: January 14, 2025

Respectfully submitted,

/s/ Nora Snyder
Nora Snyder
Brad Thomson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
norasnyder@peopleslawoffice.com
brad@peopleslawoffice.com

*Attorneys for Defendant JVP*

1