**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Christopher Manhart
                            Plaintiff,

v.                                                            Case No.: 1:24–cv–08209
                                                                               Honorable Mary M. Rowland

Wespac Foundation Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 28, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Local counsel appeared in person; out of town counsel appeared by video. For the reasons stated on the record, the Court grants motion by Plaintiff Christopher Manhart for leave to file Second Amended Complaint [55]. Plaintiff to file the second amended complaint as a separate docket entry by 1/30/25. Defendants AJP Education Fund d/b/a American Muslims for Peace and Education for a Just Peace in the Middle East d/b/a US Campaign for Palestinian Rights are dismissed with prejudice. Remaining defendants are to respond to the Second Amended Complaint and file any related motions by 2/25/25. Parties to submit an agreed briefing schedule to the Court by 3/3/25. Wespac';s motion to dismiss [53] and Motion for Rule 11 sanctions [63] are denied without prejudice. Wespac is free to refile the same motions, or modified motions, in response to the Second Amended Complaint. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.