IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CHRISTOPHER MANHART, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al,<br><br>    *Defendants*. | No. 1:24-cv-8209<br><br>Hon. Mary L. Rowland<br><br>Magistrate Judge Keri L. Holleb Hotaling |

**DEFENDANT WESPAC FOUNDATION, INC.'S MOTION TO DISMISS PLAINTIFF'S**
**SECOND AMENDED COMPLAINT**

    Defendant WESPAC Foundation, Inc. ("WESPAC"), by and through its attorneys, and pursuant to Rule 12(b)(2) and (6) of the Federal Rules of Civil Procedure and the Illinois Citizen Participation Act, hereby respectfully moves this Court for an Order dismissing Plaintiff's Second Amended Complaint, ECF 69, filed on January 29, 2025, with prejudice, and with an award of attorneys' fees and costs. In support of this motion, WESPAC submits the accompanying memorandum of law, and states as follows:

    1.    For the reasons stated in the accompanying memorandum of law, the Second Amended Complaint is barred by well-established law, fails to state valid claims on which relief

can be granted, fails to provide a basis for personal jurisdiction over WESPAC, and should be dismissed with prejudice pursuant to Rule 12(b)(2) and (6), and the Illinois Citizen Participation Act, with an award of attorneys' fees and costs pursuant to that Act.

    WHEREFORE for all the reasons stated in this motion and accompanying memoranda of law in support, Defendant WESPAC respectfully requests that this Court enter an Order (1) dismissing Plaintiff's Second Amended Complaint with prejudice; and (2) granting any other relief to WESPAC that the Court deems proper.

Dated: February 25, 2025                    HERBST LAW PLLC

                                              /s/ *Robert L. Herbst*
                                              Robert L. Herbst
                                              rherbst@herbstlawny.com
                                              420 Lexington Avenue, Suite 300
                                              New York, New York 10170
                                              Tel: 914-450-8163 Fax: 888-482-4676
                                              Attorneys for Defendant
                                              WESPAC Foundation, Inc.