**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MANHART, *individually and on behalf of all others similarly situated*, )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>NATIONAL STUDENTS FOR JUSTICE )<br>IN PALESTINE, a project of WESPAC )<br>FOUNDATION, INC.; *et al.* )<br>)<br>*Defendants*. ) | Case No. 1:24-cv-8209<br><br>Hon. Mary L. Rowland |

**DEFENDANT NATIONAL STUDENTS FOR JUSTICE IN PALESTINE'S
<u>MOTION TO JOIN MOTION TO STRIKE</u>**

Defendant National Students for Justice in Palestine (NSJP), respectfully moves to join the Motion to Strike filed at Dkt. #77.

In support of this Motion, Defendant, through counsel, shows to the Court as follows:

1. On February 25, 2025, co-Defendants Dissenters, Jewish Voices for Peace, and Individual Defendants filed a pleading captioned, Motion to Strike Allegations from Second Amended Complaint. (Dkt. #77).

2. Defendant National Students for Justice in Palestine ("NSJP") respectfully seeks to join that motion and the relief requested therein. Granting leave to join the motion would avoid unnecessary briefing and duplication of arguments.

WHEREFORE, Defendant NSJP respectfully requests leave to join the Motion to Strike at Dkt. #77 and the relief requested therein.

1

2

        Respectfully submitted,

        /s/ Joshua G. Herman
        **JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com

**COLLIN POIROT (NY 5673405)**
2603 Oak Lawn, Suite 300
Dallas TX  75219
(214) 392-2281
cpoirot.law@gmail.com