IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANHART, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al,<br><br>    *Defendants*. | No. 1:24-cv-8209<br><br>Hon. Mary L. Rowland<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## DEFENDANT WESPAC'S MOTION TO JOIN MOTION TO STRIKE

Defendant WESPAC Foundation, Inc. ("WESPAC"), by and through its attorneys, respectfully moves to join co-defendants' Motion to Strike filed at ECF 77, and in support of this motion, states as follows:

1. On February 25, 2025, Defendants Dissenters, Jewish Voice for Peace, and Individual Defendants filed their Motion to Strike Allegations from Second Amended Complaint. ECF 77.

2. On February 25, 2025, Defendant National Students for Justice in Palestine filed a motion requesting leave to join that Motion to Strike.

3. WESPAC respectfully seeks to join that motion and seeks the relief requested therein for the reasons set forth in the Motion to Strike.

WHEREFORE, Defendant WESPAC respectfully requests leave to join the Motion to Strike, ECF 77.

Dated: February 27, 2025          HERBST LAW PLLC

         /s/ *Robert L. Herbst*
         Robert L. Herbst
         rherbst@herbstlawny.com
         420 Lexington Avenue, Suite 300
         New York, New York 10170
         Tel: 914-450-8163 Fax: 888-482-4676
         Attorneys for Defendant
         WESPAC Foundation, Inc.