**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Christopher Manhart
                          Plaintiff,

v.                                                            Case No.: 1:24−cv−08209
                                                                 Honorable Mary M. Rowland

Wespac Foundation Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 28, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Defendant WESPAC Foundation Inc.'s motion to join [83] is granted. Defendant WESPAC joins Defendant Dissenters, Defendant Jewish Voice for Peace, and Individual Defendants' motion to strike [77]. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.