IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANHART, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff,* <br><br> v. <br><br> NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, *et al.* <br><br> *Defendants.* | Case No. 1:24-cv-8209 <br> Hon. Judge Mary L. Rowland |

## DEFENDANTS' AMENDMENT TO PARTIES' PROPOSAL FOR A BRIEFING SCHEDULE

Defendants file this amendment to clarify their position on the proposed briefing schedule contained in the Parties' Proposed Briefing Schedule (Doc. 85), which was filed by the Plaintiff without the consent of any Defendant.

### BRIEFING DEADLINES

As noted in the Plaintiff's submission, the Parties have agreed that the Plaintiff will file responsive briefs by March 28.

Defendants request to file their reply briefs by April 28. Plaintiff objects to this deadline for the reasons stated in Doc. 85.

### BRIEF PAGE LIMITS

Defendants have no objection to the Plaintiff filing an oversized, 55-page brief in response to their Motions to Dismiss. Plaintiff's submission states otherwise, and some Defendants did initially express an objection, but then re-evaluated their position. Unfortunately, Plaintiff filed Doc. 85 without providing Defendants an opportunity to review a final draft. Had Plaintiff provided them

with an opportunity to do so, Defendants would have suggested edits that would have eliminated this dispute.

Finally, depending on the Plaintiff's filings, some of the Defendants would like to reserve the right to seek additional pages for their replies.

## CONCLUSION

Defendants therefore respectfully request that this Court permit the Defendants to file their reply briefs by April 28 and permit Defendants leave to seek additional pages for their replies—if necessary after a review of the Plaintiff's responses.

**Dated**: March 3, 2025                           Respectfully submitted

/s/ Sheila A. Bedi
Sheila A. Bedi
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor Chicago, IL 60611
Phone: 312-503-2492
sheila.bedi@law.northwestern.edu
*Attorney for Dissenters, Superior Murphy*
*Jinan Chehade, Rifqa Falaneh, and Simone Tucker*