UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Christopher Manhart
                      Plaintiff,

v.                                    Case No.: 1:24–cv–08209
                                            Honorable Mary M. Rowland

Wespac Foundation Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' competing status reports regarding briefing schedules, the most mundane of a judge's task. [85] [86]. This is going to be painfully long litigation if counsel remain unable to file a joint status report. If it were not such a colossal waste of resources, the Court would require counsel to start over and file one joint status report. As to the matter at hand, the parties agree by 3/28/25 plaintiff may file his response. The Court adopts the proposal that Plaintiff file an omnibus response to all motions to dismiss of 55 pages or less; an omnibus response to all Rule 11 motions of 15 pages or less; and a response to the joint motion to strike of 10 pages or less. (It appears that is agreed to, although the initial status report [85], filed by Plaintiff but labeled "parties' proposal" indicated it was not agreed). Replies are due on 4/28/25 and are limited to 15 pages or less. Defendants are to coordinate and consolidate common arguments where possible. The Court notes the bickering over a 2–week difference in filing deadline will not make a significant difference in terms of the Court's timing on ruling. There are other significant motions pending that are fully briefed and require the Court's attention prior to 4/28. Counsel would be wise to choose their battles. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.