UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Christopher Manhart
                              Plaintiff,

v.                                                       Case No.: 1:24–cv–08209
                                                      Honorable Mary M. Rowland

Wespac Foundation Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: Defendants' motions to dismiss [73, 75, 78, 80, 82] are granted in part and denied in part. They are granted insofar as they seek to dismiss with prejudice the SAC [69] for failure to state a claim under Rule 12(b)(6). They are denied to the extent they seek relief under the ICPA. Defendants' motions to strike [77] and NSJP's motion to join the motion to strike [81] are denied as moot. Defendants Tides Center [71] and Individual Defendants' and Dissenters' [76] motions for sanctions pursuant to Rule 11 are granted. Counsel for Tides Center, Individual Defendants, and Dissenters are to meet and confer with Plaintiff's counsel pursuant to the procedures laid out in Local Rule 54.3(d) regarding an appropriate calculation of attorneys' fees. Counsel are to file a joint statement as contemplated by Local Rule 54.3(e) by 10/16/25. Additionally, all parties are to file a joint status report with the Court by 9/4/25 indicating whether, because of an appeal, the deadline regarding fees should be stayed. Civil case terminated. Mailed notice. (jg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.