UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANHART, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, a project of WESPAC FOUNDATION, INC.; WESPAC FOUNDATION, INC.; DISSENTERS; JEWISH VOICE FOR PEACE; TIDES CENTER, d/b/a COMMUNITY JUSTICE EXCHANGE; JINAN CHEHADE; SUPERIOR MURPHY; RIFQA FALANEH; and SIMONE TUCKER, <br><br> *Defendants*. | Case No. 24:cv8209 <br><br> Honorable Mary M. Rowland <br><br> Magistrate Judge Keri L. Holleb Hotaling |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Christopher Manhart appeals to the United States Court of Appeals for the Seventh Circuit from the final decision in the Court's Memorandum Opinion and Order granting the motion to dismiss the second amended complaint, issued on August 7, 2025 (Dkt. 109); the final decision in the docket entry granting the motion to dismiss the second amended complaint and terminating the case on August 7, 2025 (Dkt. 108); and all opinions and orders that merge therein.

The attorneys affected by the Order reserve the right to make an appearance and appeal any final decision on sanctions. *See generally McCarter v. Ret. Plan for the Dist. Managers of the Am. Family Ins. Grp.*, 540 F.3d 649, 653-54 (7th Cir. 2008).

Dated: August 8, 2025

/s/ *Theodore H. Frank*
Theodore H. Frank (IL Bar. No. 6224948)
Neville S. Hedley (IL Bar No. 6237279)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (703) 203-3848
Email: ted.frank@hlli.org
Email: ned.hedley@hlli.org

M. Frank Bednarz (IL Bar No. 6299073)
HAMILTON LINCOLN LAW INSTITUTE
1440 W. Taylor Street #1487
Chicago, IL 60607
Telephone: (801) 706-2690
Email: frank.bednarz@hlli.org

Max Schreiber (IN Bar No. 37357-45)
HAMILTON LINCOLN LAW INSTITUTE
5868 E. 71st Street, Suite E-709
Indianapolis, IN 46220
Telephone: (401) 408-9370
Email: max.schreiber@hlli.org

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that I electronically filed this notice using the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing.

Dated: August 8, 2025

/s/ *Theodore H. Frank*