

Brad Thomson
Nora Snyder
People's Law Office
1180 N. Milwaukee Ave. 3rd Floor
Chicago, Illinois 60642
773.235.0070

January 9, 2025

**VIA EMAIL**
HAMILTON LINCOLN LAW INSTITUTE
1440 W. Taylor Street, #1487
Chicago, IL 60607
5868 E. 71st Street, Suite E-709
Indianapolis, IN 46220
ted.frank@hlli.org
ned.hedley@hlli.org
frank.bednarz@hlli.org
max.schreiber@hlli.org

**Re:** *Manhart v. AJP Education Foundation, et al.*, No. 24-cv-8209 (N.D. Ill.)

Dear Counsel:

    I write as counsel for Jewish Voice for Peace ("JVP"), who you named as a defendant in your First Amended Verified Complaint filed in *Christopher Manhart v. AJP Education Foundation, Inc, et al.,* No. 1:24-cv-08209 (N.D. Ill.) (the "First Amended Complaint") on November 11, 2024.

    We understand that several other named defendants have provided or will provide written notice of an intent to file motions for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure, and have further requested that the frivolous claims asserted in the First Amended Complaint be withdrawn. Pursuant to Rule 11(c), please take notice that JVP intends to adopt any Rule 11 motions and the relief sought therein that may be applicable to JVP and the claims made against it in the First Amended Complaint.

                                                Sincerely,

                                               /s/ Nora Snyder
                                               Nora Snyder
                                               Brad Thomson