## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christopher Manhart
                                         Plaintiff,

v.                                                              Case No.: 1:24–cv–08209
                                                                    Honorable Mary M. Rowland

Wespac Foundation Inc., et al.
                                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [123] and Plaintiff's motion to stay [122]. The Court does not need briefing on Plaintiff's motion to stay. That would be a waste of resources. The current motions for sanctions [116, 118] essentially assert that Rule 11 safe–harbor provision was complied with. The matter is stayed pending the ruling from the court of appeals. Plaintiff's motion to stay pending the appeal [122] is granted. The matter is stayed pending the appeal. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.