UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANHART, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WESPAC FOUNDATION, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-08209<br><br>Honorable Mary M. Rowland |

**Motion to Withdraw as Counsel**

Neville S. Hedley respectfully moves this Court for leave to withdraw as counsel for Plaintiff Christopher Manhart. Mr. Hedley is departing Hamilton Lincoln Law Institute at the end of September to pursue other career opportunities. Other attorneys from Hamilton Lincoln Law Institute who have represented Mr. Manhart since this case was filed will continue their representation.

Mr. Hedley's withdrawal will not prejudice Plaintiff Manhart or any other party associated with the case. For these reasons, the undersigned requests an order from this Court permitting him to withdraw from this matter.

Dated: September 24, 2025

/s/ *Neville S. Hedley*
Neville S. Hedley (IL Bar No. 6237279)
Hamilton Lincoln Law Institute
1629 K St. NW, Suite 300
Washington, DC 20006
(312) 342-6008
ned.hedley@hlli.org

*Attorney for Plaintiff*

**Certificate of Service**

I certify I have electronically filed this Motion via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing.

Dated: September 24, 2025

*/s/ Neville S. Hedley*